# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 15-34234 |
| Anthony D. Sarlo, ) | |
|                Debtor. ) | Chapter 13 |
| ) | |
| ) | |
| CITY OF CHICAGO, a Municipal Corporation, ) | |
| ) | |
|                Plaintiff, ) | |
| ) | |
| v. ) | Adversary Case No. 16-00030 |
| ) | |
| ANTHONY D. SARLO, ) | |
| ) | |
|                Defendant. ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

To:     Julia Jensen Smolka                       Patrick S. Layng
        DiMonte & Lizak, LLC                   Office of the U.S. Trustee, Region 11
        216 West Higgins Road                 219 S. Dearborn St., Room 873
        Park Ridge, Illinois 60068                Chicago, IL 60604

        Marilyn O. Marshall
        224 South Michigan, Ste. 800
        Chicago, IL 60604

      Please take notice that on June 2, 2016, at 10:00 a.m. or as soon thereafter as counsel may be heard, we will appear before Judge Barnes in Courtroom 744 of the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, Illinois, and present the attached **Motion for Summary Judgment**.

| | |
|---|---|
| Stephen R. Patton | Respectfully submitted, |
| Corporation Counsel | |
| Susan Song | THE CITY OF CHICAGO |
| Chief Corporation Counsel | |
| Marianna Kiselev (ARDC # 6303720) | Stephen R. Patton |
| Assistant Corporation Counsel | Corporation Counsel |
| Chicago Department of Law | |
| 121 N. LaSalle St., Suite 400 | By:   /s/ Marianna Kiselev |
| Chicago, IL 60602 |        Assistant Corporation Counsel |
| (312) 742-0139 | |

## **CERTIFICATE OF SERVICE**

      I, Marianna Kiselev, an attorney, certify that I caused this notice and the document referenced herein to be served on the parties to whom it is directed through the ECF system and/or via first class U.S. Mail on May 31, 2016.

                                                        /s/  Marianna Kiselev

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 15-34234 |
| Anthony D. Sarlo, | ) | |
|                 Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation, | ) | |
| | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 16-00030 |
| | ) | |
| ANTHONY D. SARLO, | ) | |
| | ) | |
|                 Defendant. | ) | Judge Timothy A. Barnes |

## THE CITY OF CHICAGO'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, the City of Chicago ("City"), by and through its attorney, Stephen R. Patton, Corporation Counsel of the City, pursuant to Fed. R. Bankr. P. 7056, moves for entry of summary judgment finding debtor/defendant Anthony D. Sarlo's debt owed to the City non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A). The City's motion is based on the facts set forth in the City's Local Rule 7056-1 Statement of Material Facts and for the reasons set forth in the City's Memorandum in Support of its Motion for Summary Judgment, which are filed contemporaneously with this motion.

| | |
|---|---|
| Stephen R. Patton | Respectfully submitted, |
| Corporation Counsel | |
| Susan Song | THE CITY OF CHICAGO |
| Chief Corporation Counsel | |
| Marianna Kiselev (ARDC # 6303720) | Stephen R. Patton |
| Assistant Corporation Counsel | Corporation Counsel |
| Chicago Department of Law | |
| 121 N. LaSalle St., Suite 400 | By:   /s/ Marianna Kiselev |
| Chicago, IL 60602 |         Assistant Corporation Counsel |
| (312) 742-0139 | |